UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62636-LEIBOWITZ/AUGUSTIN-BIRCH

JEFFREY PETER DATTO,
    *Plaintiff*,

v.

ROBERT HANRECK, *et al.*,
    *Defendants*.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation to Dismiss Action with Prejudice [ECF No. 6], in which United States Magistrate Judge Panayotta Augustin-Birch recommends **DISMISSING WITHOUT PREJUDICE** pro se Plaintiff Jeffrey Peter Datto's complaint in this action ("the Complaint").  No objections were filed during the 14-day objection period.

Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 6]** is **AFFIRMED** and **ADOPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. All existing deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.  The **Clerk of Court** is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on February 23, 2026.

                                                            DAVID S. LEIBOWITZ
                                                           UNITED STATES DISTRICT JUDGE

cc:    counsel of record